# Third District Court of Appeal
## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2219
Lower Tribunal No. 91-13989 SP
_____

**Florida Recovery Solutions, Inc., etc.,**
Appellant,

vs.

**First Union National Bank of Florida, et al.,**
Appellees.

An Appeal from a non-final order from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Allison Law Group and Ann M. Allison (Temple Terrace), for appellant.

Friedman & Greenberg, P.A., and Debra L. Greenberg (Plantation), for appellee Westport Recovery Corporation.

Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.